1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7
8
9
10
11
12

BABAK AMIRPARVIZ and SINIKKA AHOLA,

Plaintiffs,

v.

MICHAEL MUKASEY, Attorney General, et al.,

Defendants.

Case No. C07-1325RAJ

TAXATION OF COSTS

13      Costs in the above-entitled cause are hereby taxed against DEFENDANTS and on behalf of

14  PLAINTIFFS in the unopposed amount of $376.99.

15      Entered this ____9th_____ day of MAY , 2008 .

16
17
18
19

Bruce Rifkin

20

Clerk, U.S. District Court

21
22
23
24
25
26  TAXATION OF COSTS -- 1